NEIL B. DURRANT, ESQ.
Nevada Bar No. 7324
C. ROBERT PETERSON, ESQ.
Nevada Bar No. 11680
JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
WEIL & DRAGE, APC
2500 Anthem Village Drive
Henderson, NV 89052
(702) 314-1905 • Fax (702) 314-1909
ndurrant@weildrage.com
bpeterson@weildrage.com
jmartinez@weildrage.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TYRONE & IN-CHING, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., a National Association; GREYBEARD CORP SOLO 401K TRUST; WILLIE FELTON, trustee of the GREYBEARD CORP SOLO 401K TRUST; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED MATTERS | CASE NO.: 2:15-cv-00293-RFB-NJK<br><br>**STIPULATION TO CONTINUE OPPOSITION DEADLINE**<br><br>*(First Request)* |

The parties, by and through their respective counsel of record, do hereby stipulate to extend time for Plaintiff to file its Opposition to Defendant Greybeard Corp Solo 401k Trust's Motion for Summary Judgment filed May 19, 2015 (Doc. 18) ("Motion").

///

///

///

The parties stipulate to extend time for Plaintiff to file its Opposition to the Motion up to and including June 26, 2015.

DATED this 12th day of June, 2015.

By:    /s/ *Fredrick J. Biedermann*
    Douglas Gerrard, Esq.
    Fredrick J. Biedermann, Esq.
    GERRARD COX LARSEN
    2450 St. Rose Parkway, Suite 200
    Henderson, NV 89074
    *Attorneys for Defendants Greybeard Corp Solo 401k Trust and Willie Felton, trustee of the Greybeard Corp Solo 401k Trust*

DATED this 12th day of June, 2015.

By:    /s/ *Chet A. Glover*
    Kent F. Larsen, Esq.
    Chet A. Glover, Esq.
    SMITH, LARSEN, & WIXOM
    1935 Village Center Circle
    Las Vegas, NV 89134
    *Attorneys for Defendant JPMorgan Chase Bank, N.A.*

DATED this 12th day of June, 2015.

By:    /s/ *C. Robert Peterson*
    Neil B. Durrant, Esq.
    C. Robert Peterson, Esq.
    Jason G. Martinez, Esq.
    WEIL & DRAGE, APC
    2500 Anthem Village Dr.
    Henderson, NV 89052
    *Attorneys for Plaintiff*

## ORDER

For good cause appearing,

**IT IS SO ORDERED.**

DATED this **17th** day of **June**, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge

WEIL & DRAGE
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
2500 Anthem Village Drive
Henderson, NV 89052
Phone: (702) 314-1905
Fax: (702) 314-1909
www.weildrage.com