UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TYRONE & IN-CHING, LLC,<br><br>               Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>               Defendants. | Case No. 2:15-cv-00293-RFB-NJK<br><br>ORDER GRANTING JOINT MOTION TO STAY DISCOVERY<br><br>(Docket No. 41) |

Pending before the Court is a joint motion to stay discovery pending resolution of the motion for summary judgment filed at Docket No. 27 and the motion to amend pleadings at Docket No. 34.  *See* Docket No. 41.  The Court has considered the joint motion in light of the goals of Rule 1 to "secure the just, speedy, and inexpensive" determination of all cases.  For good cause shown, the motion to stay is hereby **GRANTED** in part.  Discovery is stayed pending resolution of the above motion for summary judgment  In the event resolution of the motion for summary judgment does not result in the disposition of this case, the parties shall file a joint discovery plan within seven days of the issuance of the order resolving that motion.

IT IS SO ORDERED.

DATED: October 29, 2015.

NANCY J. KOPPE
United States Magistrate Judge