Kent F. Larsen, Esq.
Nevada Bar No. 3463
Chet A. Glover, Esq.
Nevada Bar No. 10054
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
         cag@slwlaw.com
Attorneys for Defendant/
Counterclaimant, JPMorgan
Chase Bank, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TYRONE & IN-CHING, LLC, a Nevada limited liability company,<br><br>                 Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, NA, a National Association; GREYBEARD CORP SOLO 401K TRUST; WILLIE FELTON, trustee of the GREYBEARD CORP SOLO 401K TRUST; Does 1 through X, and ROE Corporations I through X,<br><br>                 Defendants. | CASE NO: 2:15−cv−00293−RFB−NJK<br><br>**STIPULATION AND ORDER TO:**<br><br>1. **WITHDRAW PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (DOC. 43) WITHOUT PREJUDICE;**<br><br>2. **STAY LITIGATION PENDING RULING ON DOC. 18; AND**<br><br>3. **RESET DISCOVERY AND PRE-TRIAL DEADLINES TO A FUTURE DATE** |
| ALL RELATED MATTERS | |

Plaintiff/Counter-Defendant Tyrone & In-Ching, LLC ("**Plaintiff**"), Defendant/

Counterclaimant JPMorgan Chase Bank, N.A. ("**Chase**"), and Defendants/Counterclaimants

1

1  Greybeard Corp Solo 401K Trust and Willie Felton (collectively "**Felton**"), by and through
2  their respective counsel of record, hereby stipulate and agree as follows:[1]

   **IT IS HEREBY STIPULATED AND AGREED** that Plaintiff's Motion for Summary Judgment (Doc. 43) is withdrawn without prejudice.

   **IT IS FURTHER STIPULATED AND AGREED** that all discovery, litigation, and pretrial deadlines are vacated and the case is stayed pending the Court's ruling on Felton's MSJ.

…

…

…

…

…

…

…

…

...

…

…

…

---

[1] This Stipulation is entered into after the Court graciously stayed discovery in this matter pending the Court's ruling on Felton's Motion for Summary Judgment (Doc. 18) and Chase's Joinder thereto (Doc. 20) (collectively "**Felton's MSJ**"), however, the order was silent regarding the dispositive motion and other pre-trial deadlines. *See* Doc. 42 (the "**Order**").  Thus, the parties submit this Stipulation for clarification.

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

**IT IS FURTHER STIPULATED AND AGREED** that in accordance with the Order, if the Court's decision on Felton's MSJ does not result in a final disposition of this case, the parties shall file a joint discovery plan within seven (7) days of the issuance of the order on Felton's MSJ, which joint discovery plan will propose new discovery and pre-trial deadlines.

| SMITH LARSEN & WIXOM | WEIL & DRAGE, APC |
|---|---|
| Dated this 22nd day of December, 2015. | Dated this 22nd day of December, 2015. |
| /s/ *Chet A. Glover*<br>Kent F. Larsen, Esq.<br>Nevada Bar No. 3463<br>Chet A. Glover, Esq.<br>Nevada Bar No. 10054<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>Attorneys for Defendant/<br>Counterclaimant Chase | /s/ *Jason Martinez*<br>Neil B. Durrant, Esq.<br>Nevada Bar No. 7324<br>C. Robert Peterson, Esq.<br>Nevada Bar No. 11680<br>Jason Martinez. Esq.<br>Nevada Bar No. 13375<br>2500 Anthem Village Drive<br>Henderson, Nevada 89052<br>Attorneys for Plaintiff |
| GERRARD, COX & LARSEN | |
| Dated this 22nd day of December, 2015. | |
| /s/ *Fredrick J. Biedermann*<br>Douglas D. Gerrard, Esq.<br>Nevada Bar No. 4613<br>Fredrick J. Biedermann, Esq.<br>Nevada Bar No. 11918<br>2450 St. Rose Pkwy., Suite 200<br>Henderson, Nevada 89074<br>Attorneys for Defendants/<br>Counterclaimants Felton | |

### ORDER

**IT IS SO ORDERED**.

DATED: December 23, 2015

_____
United States Magistrate Judge

3