UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| TYRONE & IN-CHING, LLC, | ) | Case No. 2:15-cv-00293-RFB-NJK |
| Plaintiff, | ) | |
| vs. | ) | ORDER RE: MOTION TO WITHDRAW |
| J.P. MORGAN CHASE BANK, N.A., et al., | ) | |
| | ) | (Docket No. 49) |
| Defendants. | ) | |

Pending before the Court is a motion to withdraw as Plaintiff's attorney. Docket No. 40. The Court hereby **SETS** a hearing on the motion for 9:00 a.m. on October 24, 2016 in Courtroom 3C. Any response to the motion to withdraw shall be filed no later than October 10, 2016. Plaintiff's current counsel and a corporate representative of Plaintiff shall appear at the hearing in person. Any newly retained counsel shall also appear in person. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than October 6, 2016, Plaintiff's current counsel of record shall serve Plaintiff with this order and shall file a proof of service.

IT IS SO ORDERED.

DATED: October 3, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge