1
2
3
4
5
6                            UNITED STATES DISTRICT COURT
7                                  DISTRICT OF NEVADA
8                                          * * *
9   TYRONE & IN-CHING, LLC.,                    Case No. 2:15-cv-00293-RFB-NJK
10                      Plaintiff,
                                                                **ORDER**
11         v.
12  JPMORGAN CHASE BANK, N.A. *et al.*,
13                      Defendants.
14
15         Before the Court for consideration is the Amend Report and Recommendation [ECF No.
16  61] of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered February 2, 2017.
17         A district court "may accept, reject, or modify, in whole or in part, the findings or
18  recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific
19  written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. §
20  636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is
21  required to "make a de novo determination of those portions of the report or specified proposed
22  findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); <u>see also</u> Local
23  Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct
24  "any review," de novo or otherwise, of the report and recommendations of a magistrate judge.
25  <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due
26  by February 16, 2017. No objections have been filed. The Court has reviewed the record in this
27  case and concurs with the Magistrate Judge's recommendations.
28         . . .

1   **IT IS THEREFORE ORDERED** that the Amended Report and Recommendation [ECF
2   No. 61] is ACCEPTED and ADOPTED in full.
3   **IT IS FURTHER ORDERED** the dismissal of all of Plaintiff's claims in the instant case.
4   **IT IS FURTHER ORDERED** that all pending counterclaims in the instant case remain.

DATED: February 28, 2017.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**